UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-00590-FMC-FFMx | Date | January 27, 2009 |
|---|---|---|---|
| Title | FDIC-Conservator for Indymac Bank, F.S.B. v. MWF Financial & Mortgage Center, Inc. | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE   (In Chambers)

Defendant MWF Financial & Mortgage Center, Inc., dba Midwest Funding Bancorp, is hereby ordered to show cause, *in writing*, on or before February 20, 2009, why its default should not be entered and its Counterclaim dismissed, for its failure to obtain counsel in this action. On December 30, 2008, the Court granted the motion of defendants' former counsel to withdraw. The Court's Order warned defendants that they could not appear in federal court without counsel.

If counsel do not appear on behalf of defendants by **February 20, 2009**, defendants' default will be entered and their counterclaim dismissed.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |