JESSE S. HERNANDEZ (Bar No. 92708)
  jsh@amclaw.com
VANESSA H. WIDENER (Bar No. 203967)
  vhw@amclaw.com
JENNIFER S. MUSE (Bar No. 211779)     NOTE: CHANGES MADE BY THE COURT
  jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Plaintiff,
FEDERAL DEPOSIT INSURANCE CORPORATION,
conservator for INDYMAC FEDERAL BANK, F.S.B.,
successor-in-interest to INDYMAC BANK, F.S.B.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC BANK, F.S.B., as successor-in-interest to INDYMAC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MWF FINANCIAL & MORTGAGE CENTER, INC., an Illinois corporation d.b.a. MIDWEST FUNDING BANCORP, <br><br> Defendant. | Case No. **2:08-cv-00590-FMC-Ex** <br><br> **JUDGMENT AGAINST DEFENDANT MWF FINANCIAL** |

This matter came before the Court pursuant to plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, conservator for INDYMAC FEDERAL BANK, F.S.B., successor-in-interest to INDYMAC BANK, F.S.B.'s ("INDYMAC") Application for Entry of Default Judgment against defendant MWF FINANCIAL & MORTGAGE CENTER, INC. d.b.a. MIDWEST FUNDING BANCORP. ("MWF FINANCIAL") (docket no. 41), filed on April 10, 2009.  Having reviewed the Application and supporting papers, and it appearing that MWF FINANCIAL having

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1 been regularly served with process and having failed to retain counsel and have
2 counsel appear on MWF FINANCIAL's behalf, this Court expressly finds that a
3 separate judgment on the Complaint may be properly awarded in this action and that
4 there is no just reason for delay.  Evidence having been considered by this Court:

5 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that
6 INDYMAC is entitled to judgment against MWF FINANCIAL in the principal
7 amount of $627,703.23, plus costs in the amount of $409.40, and attorney's fees in
8 the amount of $16,131.50.  Accordingly, the total judgment in favor of INDYMAC
9 and against MWF FINANCIAL is **$644,244.13.**

10 **IT IS SO ORDERED.**

11 DATED: May 18, 2009

_____
The Honorable Florence-Marie Cooper
JUDGE, UNITED STATES DISTRICT COURT

723697.1 5662.061

2
[PROPOSED] JUDGMENT AGAINST DEFENDANT MWF FINANCIAL